**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Royal Concrete Pipe, Inc.,

Plaintiff,

vs.

Hehr International Polymers, Inc. a Wisconsin corporation, D.A.G. of Delavan, Inc. a Wisconsin corporation; Prime Coat Corporation, an Illinois corporation; Professional Service Industries, Inc.; Dean A. Gramly, individually and d/b/a D.A.G. Enterprises and d/b/a Custom Resins,

Defendants.

**STIPULATION AND ORDER TO AMEND ANSWER**

Court File No. 01CV1308 (JMR/FLN)

Defendant Professional Service Industries, Inc. ("PSI") desires to amend its Answer to Defendant D.A.G. and Gramly's Crossclaim to add an additional affirmative defense. In order to avoid the necessity of PSI bringing a motion to affect this change, the interested parties have agreed that PSI may amend its pleadings in the form as attached hereto. By agreeing to allow the amendment, however, D.A.G. and Gramly are not agreeing to the validity of new affirmative defense. In accordance with the above agreement, the parties, through their respective counsel, hereby stipulate and agree that PSI may amend its Answer no later than February 15, 2002.

FREDRIKSON & BYRON, P.A.

By [signature]
Todd Wind, Esq. (#196514)
Attorneys for Dean A. Gramly, individually and d/b/a D.A.G. Enterprises
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7046

Dated: Feb. 4, 2002

798666-1

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________

Daniel Q. Poretti (185152)
Piper L. Kenney (275621)
Attorneys for Defendant Professional Service Industries, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: February 1, 2002

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Stipulation to file amended pleadings. Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that PSI may amend its Answer to D.A.G. and Gramly's Crossclaim in accordance with the parties' Stipulation by filing the Amended Answer no later than February 15, 2002.

BY THE COURT:

Franklin L Noel

Magistrate Franklin L. Noel

Dated: Feb. 12, 2002.