THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Royal Concrete Pipe, Inc.,

Plaintiff,

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

vs.

Hehr International Polymers, Inc., a Wisconsin corporation, D.A.G. of Delavan, Inc., a Wisconsin corporation; Prime Coat Corporation, an Illinois corporation; Professional Service Industries, Inc., a Delaware corporation; Dean A. Gramly, individually, and d/b/a D.A.G. Enterprises and d/b/a Custom Resins,

Defendants.

Court File No. 01CV1308 [JMR/FLN]

The parties in this case hereby agree, by and between their respective counsel, that the discovery deadlines established in this case should be extended for a period of approximately 3 months beyond the deadline currently set by the Court's Pretrial Scheduling Order dated September 10, 2001 to allow for the orderly completion of discovery, pretrial motions and other preparations for trial. The parties plan to take approximately 20 depositions, including 6-8 non-party depositions requiring subpoenas, and in some cases, travel time. Counsel has made every effort to cooperate in scheduling these depositions. However, due to trial schedules of counsel and difficulties in arranging the non-party depositions, counsel has been unable to find sufficient days to conduct fact depositions before expert discovery and depositions can take place. Therefore, pursuant to this Stipulation, the parties seek amendment of the following pretrial deadlines:

1. Discovery/ Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by September 1, 2002

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. No more than 35 interrogatories, including all subparts, shall be served by any party.

c. No more than 35 Requests for Admission shall be served by any party.

d. No more than 50 document Requests shall be served by any party.

e. No more than 10 depositions shall be taken by any party.

f. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, November 1, 2002.

2. Expert Disclosure and Discovery

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff on or before July 1, 2002

2) By Defendants on or before July 1, 2002

b. Full disclosure of the substance of the testimony to be offered by each expert witness

1) By all parties on or before August 10, 2002, with respect to initial expert reports.

2) By all parties on or before September 1, 2002 with respect to rebuttal expert reports.

3) Reply by all parties on or before September 15, 2002.

c. Each party may depose no more than 2 expert witnesses on or before November 1, 2002.

3. Dispositive Motions

All dispositive motions shall be filed and scheduled for hearing prior to January 1, 2003.

4. Trial

This case shall be ready for trial on and after February 1, 2003 at which time it will be placed on the court's non jury trial calendar.

SEVERSON, SHELDON, DOUGHERTY & MOLENDA, P.A.

By ______________________
Loren Solfest (#178379)
Mathew R. Zahn (#289000)
Attorneys for Plaintiff Royal Concrete Pipe
7300 West 14th Street, Suite 600
Apple Valley, MN 55124-7580
(952) 432-3136

Dated: 3/13, 2002

FREDRIKSON & BYRON, P.A.

By ______________________
Todd Wind, Esq. (#196514)
Attorneys for Dean A. Gramly, individually and d/b/a D.A.G. Enterprises
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7046

Dated: ____________, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Daniel Q. Poretti (#185152)
Piper L. Kenney (275621)
Attorneys for Defendant Professional Service Industries, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 3/13, 2002

SEVERSON, SHELDON, DOUGHERTY & MOLENDA, P.A.

By ______________________
Loren Solfest (#____)
Mathew R. Zahn (#289000)
Attorneys for Plaintiff Royal Concrete Pipe
7300 West 14th Street, Suite 600
Apple Valley, MN 55124-7580
(952) 432-3136

Dated:____________, 2002

FREDRIKSON & BYRON, P.A.

By ______________________
Todd Wind, Esq. (#196514)
Attorneys for Dean A. Gramly, individually and d/b/a D.A.G. Enterprises
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7046

Dated: Mar. 13, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Daniel Q. Poretti (#185152)
Piper L. Kenney (275621)
Attorneys for Defendant Professional Service Industries, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 3/13, 2002

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

By ______________________
Michael S. Rowley (#________)
Attorneys for Primecoat Corporation
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

Dated: ____________, 2002

COUSINEAU, MCGUIRE & ANDERSON

By [signature]
Jo Ann Strauss, Esq. (#241234)
Attorney for Hehr International
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416
(952) 546-8400

Dated: 3/13, 2002

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Stipulation to amended the scheduling order. Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order entered herein on September 10, 2001, is amended accordingly.

BY THE COURT:

______________________
Magistrate Franklin L. Noel

Dated: ____________, 2002.

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

By Michael S. Rowley
Michael S. Rowley (#250934)
Attorneys for Primecoat Corporation
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

Dated: Mar 15, 2002

COUSINEAU, MCGUIRE & ANDERSON

By ______________________
Jo Ann Strauss, Esq. (#________)
Attorney for Helu International
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416
(952) 546-8400

Dated: ____________, 2002

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Stipulation to amended the scheduling order. Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order entered herein on September 10, 2001, is amended accordingly.

BY THE COURT:
Franklin L. Noel
Magistrate Franklin L. Noel

Dated: March 21, 2002.