UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Royal Concrete Pipe, Inc.,

Plaintiff,

v.

Hehr International Polymers, Inc., et al.,
Defendants.

Civil No. 01-1308 JMR/FLN

**ORDER**

---

Loren M. Solfest, for Plaintiff.
John Grieme, for Defendant Hehr International Polymers, Inc.
Dulce J. Foster, Defendant Dean A. Gramly, D.A.G. of Delavan, Inc.
Michael Rowley for Defendant Prime Coat Corp.
Daniel Q. Poretti for Defendant Professional Service Industries.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 20, 2002, on Defendant Professional Service Industries Motion to Compel Discovery [#34].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Professional Service Industries Motion to Compel Discovery [#34] is **GRANTED in its Entirety**. All documents, complete responses to interrogatories and admissions must be produced on or before June 3, 2002. Mr. Richard Stehly must be produced for deposition on or before June 7, 2002

DATED: May 23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 5-23-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK