UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Royal Concrete Pipe, Inc.,

Plaintiff,

v.

Hehr International Polymers, Inc., et al.,

Defendants.

Civil No. 01-1308 JMR/FLN

**ORDER**

---

Mathew Zahn. Esq., for Plaintiff.
Jo Ann Strauss, Esq., for Defendant Hehr International Polymers, Inc.
Michael Rowley, Esq., for Defendant Prime Coat Corp.
Piper Webb, Esq., for Defendant Professional Service Industries.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on August 12, 2002, on Defendants' Motion to Amend Defense Expert Disclosure Dates [#43].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Amend Defense Expert Disclosure Dates [#43] is **GRANTED** as follows:

1. Full disclosure of the substance of the testimony to be offered by each expert witness, with respect to initial expert reports, shall be made on or before September 1, 2002;

2. Full disclosure of the substance of the testimony to be offered by each expert witness, with respect to rebuttal expert reports, shall be made on or before October 1, 2002;

3. Full disclosure of the substance of the testimony to be offered by each expert witness, with respect to reply expert reports, shall be made on or before October 15, 2002;

4. All expert witnesses deposition will be completed on or before November 1, 2002;

5. All other dates remain unchanged.

AUG 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

DATED: Aug 15 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE