UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1308(JMR/JSM)

| | | |
|---|---|---|
| Royal Concrete Pipe, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Hehr International Polymers, | ) | |
| Inc. et al. | ) | |

This matter is before the Court on motions for summary judgment brought by all defendants. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendants' motions are denied. [Docket Nos. 85, 89, 96, 98, 107.].

Dated: February 14th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 2.14.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK